1

2

3

4

5

6

7

8                              UNITED STATES DISTRICT COURT

9                               EASTERN DISTRICT OF CALIFORNIA

10

11    JEFFREY THEODORE SHELDON,                    1:23-cv-01052-GSA (PC)

12                     Plaintiff,

13            v.                                    ORDER TRANSFERRING CASE TO THE
                                                    NORTHERN DISTRICT OF CALIFORNIA
14    SAN QUENTIN STAFF, et al.,

15                     Defendant.

16

17

18

19            Plaintiff, a state prisoner proceeding *pro se*, has filed a civil rights action pursuant to 42

20    U.S.C. § 1983.

21            The federal venue statute requires that a civil action, other than one based on diversity

22    jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all

23    defendants are residents of the State in which the district is located, (2) a judicial district in which

24    a substantial part of the events or omissions giving rise to the claim occurred, or a substantial part

25    of the property that is the subject of the action is situated, or (3) if there is no district in which an

26    action may otherwise be brought as provided in this section, any judicial district in which any

27    defendant is subject to the court's personal jurisdiction with respect to such action."  28 U.S.C. §

28    1391(b).

                                                        1

In this case, the claim arose in Marin County, which is in the Northern District of California.  Therefore, plaintiff's claim should have been filed in the United States District Court for the Northern District of California.  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the correct district.  <u>See</u> 28 U.S.C. § 1406(a); <u>Starnes v. McGuire</u>, 512 F.2d 918, 932 (D.C. Cir. 1974).

Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the United States District Court for the Northern District of California.

IT IS SO ORDERED.

Dated:   **July 17, 2023**              **/s/ Gary S. Austin**
                                    UNITED STATES MAGISTRATE JUDGE