UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFFREY THEODORE SHELDON, <br><br> Plaintiff, <br><br> v. <br><br> SAN QUENTIN STAFF, et al., <br><br> Defendants. | Case No. 23-cv-03554-AMO (PR) <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE** |

On July 13, 2023, plaintiff, a state prisoner, filed a letter with the United States District Court for the Eastern District of California. Dkt. 1. On July 17, 2023, this case was transferred to this district. Dkts. 2, 3. On that same date, the Clerk of the Court sent notices to plaintiff, informing him that his action could not go forward because he had not filed a complaint and a completed prisoner's *in forma pauperis* ("IFP") application. Dkts. 4, 5. The Clerk provided him with blank complaint and IFP application forms, along with a return envelope, instructions, and a notification that he must fill out the complaint form and either pay the fee or return the completed IFP application within twenty-eight days, or his action would be dismissed. *Id.*

On August 3, 2023, plaintiff filed with the Court his civil rights complaint form and IFP application. Dkts. 6, 7. However, his IFP application is incomplete because he did not include a copy of his prisoner trust account statement for the previous six months. Thus, plaintiff has failed to comply with the Clerk's notice requiring either a complete IFP application or payment of the full filing fee by the twenty-eight-day deadline, which has since passed.

Accordingly, this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk shall

terminate all pending motions and close the file.  Any motion to reopen must contain either the full filing fee or a complete IFP application.

**IT IS SO ORDERED.**

Dated: August 29, 2023

ARACELI MARTÍNEZ-OLGUÍN
United States District Judge